JOHN R. MANNING (SBN 220874)
ATTORNEY AT LAW
1111 H Street, # 204
Sacramento, CA. 95814
(916) 444-3994
Fax (916) 447-0931

Attorney for Defendant
ANGEL MARTINEZ-DIAZ

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

    Plaintiff,

v.

MARTINEZ-CHAIREZ, et al.,

    Defendants.

No. CR-S-13-247 JAM

STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; FINDINGS AND ORDER

Date: October 22, 2013
Time: 9:45 a.m.
Judge: Honorable John A. Mendez

---

The United States of America through its undersigned counsel, Richard J. Bender, Assistant United States Attorney, together with counsel for defendant Jose Maria Villareal, Christopher R. Cosca, Esq., counsel for defendant Angel Martinez-Diaz, John R. Manning, Esq., counsel for defendant Jose Martinez-Chairez, Nelson K. McElmurry, Esq., and counsel for defendant Jose Ramirez-Verduzco, Victor D. Vertner, Esq., hereby stipulate the following:

1. By previous order, this matter was set for status conference on September 17, 2013.

2. By this stipulation, defendants now move to continue the status conference until October 22, 2013 at 9:45 a.m., and to exclude time between September 17, 2013 and October 22, 2013 under the Local Code T-4 (to allow defense counsel time to prepare).

1

3. The parties agree and stipulate, and request the Court find the following:

   a. This case currently contains over a 100 pages of discovery as well as two DVD's with videos and one CD of audio recordings (the recordings are in Spanish).

   b. Counsel for the defendants need additional time to review the discovery, conduct investigation, and interview potential witnesses.

   c. Counsel for defendants believe the failure to grant a continuance in this case would deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

   d. The Government does not object to the continuance.

   e. Based on the above-stated findings, the ends of justice served by granting the requested continuance outweigh the best interests of the public and the defendants in a speedy trial within the original date prescribed by the Speedy Trial Act.

   f. For the purpose of computing time under the Speedy Trial Act, 18 United States Code Section 3161(h)(7)(A) within which trial must commence, the time period of September 17, 2013 to October 22, 2013 is deemed excludable pursuant to 18 United States Code Section 3161(h)(7)(A) and (B)(ii) and (iv), corresponding to Local Code T-4 because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interests of the public and the defendants in a speedy trial.

4. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

///

IT IS SO STIPULATED.

Dated: September 12, 2013            /s/ Christopher R. Cosca
CHRISTOPHER R. COSCA
Attorney for Defendant
Jose Maria Villareal

Dated: September 12, 2013            /s/ John R. Manning
JOHN R. MANNING
Attorney for Defendant
Angel Martinez-Diaz

Dated: September 12, 2013            /s/ Nelson K. McElmurry
NELSON K. MCELMURRY
Attorney for Defendant
Jose Martinez-Chairez

Dated: September 12, 2013            /s/ Victor D. Vertner
VICTOR D. VERTNER
Attorney for Defendant
Jose Ramirez-Verduzco

Dated: September 12, 2013            Benjamin B. Wagner
United States Attorney

                                      by:     /s/ Richard J. Bender
RICHARD J. BENDER
Assistant U.S. Attorney

## ORDER

IT IS SO FOUND AND ORDERED this 12th day of September 2013.

                                      /s/ John A. Mendez
HONORABLE JOHN A. MENDEZ
DISTRICT COURT JUDGE